In the Matter of PAUL CROSBIE, Respondent, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, et al., Appellants.

Argued October 20, 1939; decided October 20, 1939.

*William C. Chanler, Corporation Counsel (Seymour B. Quel* of counsel), for Board of Elections of the City of New York, appellant.

*J. Daniel Dougherty* for John J. O'Connor, appellant.

*Joseph R. Brodsky* and *David M. Freedman* for respondent.

*Osmond K. Fraenkel* for New York City Committee of American Civil Liberties Union, *amicus curiæ.*

*Per Curiam.* The subscribing witnesses failed to state the election and Assembly districts wherein were located their present addresses and the addresses from which they last registered.

We think this departure from the requirements of section 135 of the Election Law (Cons. Laws, ch. 17), as amended by chapter 652 of the Laws of 1939, was so substantial as to invalidate the petition.

The order of the Appellate Division should be reversed and that of the Special Term affirmed, without costs.

CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ., concur; O'BRIEN, J., taking no part.

Ordered accordingly.